# EXHIBIT 1



U.S. Department of Justice

United States Attorney

Eastern District of Virginia

Justin W. Williams United States Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314-5794
(703) 299-3700

## FACSIMILE TRANSMISSION
## COVER PAGE

DATE: 12/14/10

TO: Twitter Attn: Trust & Safety

PHONE:

TO FAX NO.: (415) 222-9958

SENDER: Vivian Ha, Assistant to Tracy McCormick

SENDER'S PHONE NO.: 703 299 3854

SENDER'S FAX NO.: 703 299 3981

NUMBER OF PAGES: 4          *Not Including Cover Page*

Level of Transmitted Information:

☐ Non-Sensitive Information
☐ Sensitive But Unclassified (SBU)
☒ Limited Official Use (LOU)
☐ Grand Jury Information
☐ Tax Information
☐ Law Enforcement Information
☐ Victim Witness Information

CONTENTS:

WARNING: Information attached to this cover sheet is sensitive U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify this office immediately at the above number to arrange for proper distribution.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE ) <br> UNITED STATES OF AMERICA FOR ) <br> AN ORDER PURSUANT TO ) <br> 18 U.S.C. § 2703(d) ) <br> ) | MISC. NO. 10GJ3793 <br><br> Filed Under Seal |

### ORDER

This matter having come before the Court pursuant to an application under Title 18, United States Code, Section 2703, which application requests the issuance of an order under Title 18, United States Code, Section 2703(d) directing Twitter, Inc., an electronic communications service provider and/or a remote computing service, located in San Francisco, California, to disclose certain records and other information, as set forth in Attachment A to this Order, the Court finds that the applicant has offered specific and articulable facts showing that there are reasonable grounds to believe that the records or other information sought are relevant and material to an ongoing criminal investigation.

IT APPEARING that the information sought is relevant and material to an ongoing criminal investigation, and that prior notice of this Order to any person of this investigation or this application and Order entered in connection therewith would seriously jeopardize the investigation;

IT IS ORDERED pursuant to Title 18, United States Code, Section 2703(d) that Twitter, Inc. will, within three days of the date of this Order, turn over to the United States the records and other information as set forth in Attachment A to this Order.

IT IS FURTHER ORDERED that the Clerk of the Court shall provide the United States Attorney's Office with three (3) certified copies of this application and Order.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court, and that Twitter shall not disclose the existence of the application or this Order of the Court, or the existence of the investigation, to the listed subscriber or to any other person, unless and until authorized to do so by the Court.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

12/14/10
Date

A TRUE
CLERK, U.S. DISTRICT COURT
BY
DEPUTY CLERK

## ATTACHMENT A

You are to provide the following information, if available, preferably as data files on CD-ROM, electronic media, or email (tracy.mccormick@usdoj.gov) or otherwise by facsimile to 703-299-3981:

A. The following customer or subscriber account information for each account registered to or associated with Wikileaks; rop_g; ioerror; birgittaj; Julian Assange; Bradley Manning; Rop Gongrijp; Birgitta Jonsdottir for the time period November 1, 2009 to present:

  1. subscriber names, user names, screen names, or other identities;
  2. mailing addresses, residential addresses, business addresses, e-mail addresses, and other contact information;
  3. connection records, or records of session times and durations;
  4. length of service (including start date) and types of service utilized;
  5. telephone or instrument number or other subscriber number or identity, including any temporarily assigned network address; and
  6. means and source of payment for such service (including any credit card or bank account number) and billing records.

B. All records and other information relating to the account(s) and time period in Part A, including:

  1. records of user activity for any connections made to or from the Account, including the date, time, length, and method of connections, data transfer volume, user name, and source and destination Internet Protocol address(es);
  2. non-content information associated with the contents of any communication or file stored by or for the account(s), such as the source and destination email addresses and IP addresses.
  3. correspondence and notes of records related to the account(s).