# EXHIBIT 2



FILED
JAN - 5 2011
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE )<br>§2703(d) ORDER RELATING TO )<br>TWITTER ACCOUNTS: )<br>WIKILEAKS, ROP_G; IOERROR; )<br>AND BIRGITTAJ ) | MISC. NO. 10GJ3793 |

### ORDER TO UNSEAL THE
### ORDER PURSUANT TO 18 U.S.C. §2703(D)

This matter having come before the Court pursuant to an application under Title 18, United States Code, §2703(d), it appearing that it is in the best interest of the investigation to unseal the Court's Order of December 14, 2010 and authorize Twitter to disclose that Order to its subscribers and customers, it is hereby ORDERED that the above-captioned Order of December 14, 2010 pursuant to 18 U.S.C. §2703(d) be UNSEALED and that Twitter is authorized to disclose such Order. In all other respects, the Court's Order of December 14, 2010 remains in effect.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Date: 1/5/10

Alexandria, Virginia