**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 11/23/11<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:**<br>EDVA<br>**Division:**<br>Alexandria<br>**Caption:**<br>in re: 2703(d) Order; 10GJ3793<br>(USA v. Jacob Appelbaum, et al.) | **District Case No.:**<br>1:11DM3<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:**  ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

| | |
|---|---|
| **Confinement-Criminal Case:**<br>___ Death row-use DP Transmittal<br>___ Recalcitrant witness<br>___ In custody<br>___ On bond<br>___ On probation<br>**Defendant Address-Criminal Case:**<br><br><br><br><br>**District Judge:**<br>Judge O'Grady<br>**Court Reporter** (list all):<br>Norman Linnell<br><br><br><br>**Coordinator:**<br>Maria Hewitt | **Fee Status:**<br>___ No fee required (USA appeal)<br>✓ Appeal fees paid in full<br>**Criminal Cases:**<br>___ District court granted & did not revoke CJA status (continues on appeal)<br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)<br>___ District court never granted CJA status (must pay fee or apply to 4CCA)<br>**Civil, Habeas & 2255 Cases:**<br>___ Court granted & did not revoke IFP status (continues on appeal)<br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)<br>___ Court never granted IFP status (must pay fee or apply to **District Court**)<br>**PLRA Cases:**<br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)<br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)<br>**Sealed Status** (check all that apply)**:**<br>___ Portions of record under seal<br>___ Entire record under seal<br>___ Party names under seal<br>___ Docket under seal |
| **Record Status for Pro Se Appeals** (check any applicable)**:**<br>___ Assembled electronic record transmitted<br>___ Additional sealed record emailed to 4cca-filing<br>___ Paper record or supplement shipped to 4CCA<br>___ No in-court hearings held<br>✓ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:**<br>___ Assembled electronic record available if requested<br>___ Additional sealed record available if requested<br>___ Paper record or supplement available if requested<br>___ No in-court hearings held<br>___ In-court hearings held – all transcript on file<br>___ In-court hearings held – all transcript not on file<br>___ Other: |

Deputy Clerk: Richard Banke    Phone: 703-299-3328    Date: 11/25/11

03/2011