UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER PURSUANT TO 18 U.S.C. § 2703(d) | Misc. No. 10GJ3793<br>No. 1:11DM3<br>No. 1:11EC3 |

**[PROPOSED] ORDER GRANTING REAL PARTIES' MOTION FOR A STAY AND INJUNCTION PENDING APPEAL**

This matter came before the Court on a motion by Real Parties in Interest Jacob Appelbaum, Birgitta Jonsdottir, and Rop Gonggrijp for a stay of the Court's November 10, 2011 Order (Dkt. No. 84), and to enjoin enforcement of Magistrate Judge Buchanan's December 14, 2010 Order under 18 U.S.C. § 2703(d) directed to Twitter, pending Real Parties' appeal to the United States Court of Appeals for the Fourth Circuit. The Court has reviewed the pleadings and arguments submitted by the parties. For good cause shown, it is hereby ORDERED that Real Parties' motion for stay and injunction is GRANTED.

ENTERED this ___ day of _____.

_____
Liam O'Grady
UNITED STATES DISTRICT JUDGE

1