UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION



IN RE 2703(D) ORDER

Case No. 1:11 EC 3

**Under Seal** — unsealed per order of 11/7/12

## ORDER

WHEREAS, on November 10, 2011, the Court denied Petitioners' motions to unseal certain pleadings in this case; and

WHEREAS, the Court ordered the United States to file a memorandum showing just cause for the continued sealing of the pleadings at issue (docs. 45, 58, 64, 78, 80 & 82); and

WHEREAS, the United States has timely filed its memorandum and shown just cause for the continued sealing of the pleadings at issue because, for the reasons stated in the memorandum of the United States, unsealing of the pleadings at this time would damage an ongoing criminal investigation; it is hereby

ORDERED that the pleadings at issue (docs. 45, 58, 64, 78, 80 & 82) shall remain sealed. It is further

ORDERED that the United States shall, on the first business day 180 days from the date of this Order, file under seal and *ex parte* a memorandum showing just cause for the continued sealing of the documents addressed by this Order.

The Clerk is directed to forward copies of this Order to all counsel of record.

May __, 2012
Alexandria, VA

Liam O'Grady
United States District Judge

cls